Bradford Hines
c/o Marilou Rolfe
1739 92nd Ave NE
Clyde Hill, WA 98004

FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Bradford Hines, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 5:11-CV-01091-JVS-JC |
| Extradition Transport of America, et al, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1) Supplement to Motion for Reinstatement of Order for Appearance — ~~fit~~ submitted for filing 1/12/17
2) Proof of Filing and Service

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: ___6/19/15 & 10/28/16___
☐ Other:

1/16/17
Date

_____
Attorney Name

Bradford Hines, Pro Se Plaintiff
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

*WHEN RECORDED MAIL TO:*
Bradford Hines
c/o Marilou Rolfe
1739 92nd Ave NE
Clyde Hill WA  98004

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRADFORD HINES,
          Plaintiff,
v.

EXTRADITION TRANSPORT OF
AMERICA, et al.,
          Defendant.

Case No.: EDCV 11-1091 JVS(JC)

## SUPPLEMENT TO MOTION FOR REINSTATEMENT OF ORDER FOR APPEARANCE

COMES NOW, Bradford Hines, Plaintiff, and requests leave of the Court to supplement Plaintiff's Motion for Reinstatement of Order for Appearance for Examination, submitted 1/12/17.

In the Motion for Reinstatement, under Supporting Facts, at #3, it should also indicate the following:
    a. The process server mistakenly indicated on the proof of service "by substitute service" on a "business." This is because Extradition Transport of America (ETA) is a business and Defendant Billy Taylor (owner) accepted service on behalf of ETA. b. Billy Taylor is the owner of ETA and therefore must accept personal service for both defendants (himself and ETA). c. The process server did in fact personally serve Billy Taylor, whose identification was confirmed verbally and further verified by description. d. The personal service occurred at Billy Taylor's home at 15084 Alyssum Ct.,

-1-

Fontana, CA 92336, on 12/22/16, at 6:30 pm. e. In effect, service was personally made on both Defendants (Billy Taylor and ETA).

The above are significant facts that Plaintiff believes, had the Court been made aware, would have affected the Court's decision regarding vacating the Order for Appearance, and resulted in, at worst, a continuance.

THEREFORE, Plaintiff respectfully requests this Honorable Court include this supplement with the Motion for Reinstatement of Order for Appearance for Examination, submitted 1/12/17.

Dated this 16 day of January, 2017.

Bradford Hines, Plaintiff

## PROOF OF FILING AND SERVICE

Under penalty of perjury, _____Bradford Hines_____, _____Plaintiff_____, swears that a true and correct copy of the enclosed motion was mailed first-class postage according to the Prison Mailbox Filing Rule to the parties listed below via US Postal Service on this __16__ day of __January__, 2017.

By prison mail official:

Billy G. Taylor and
Extradition Transport of America, LLC
15084 Alyssum Court
Fontana, CA 92336


_/s/ Bradford Hines_
Bradford Hines #1057016
1200 Prison Road/LCC
Lovelock, NV. 89419

Bradford Hines
LCC 1057066
1200 Prison Rd.
Lovelock, NV 89419

Hava Rostacl, Clerk (JC)
312 N. Spring St.
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 20 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

MAILED
JAN 17 2017
LOVELOCK CORRECTIONAL
CENTER - UNIT 2A